UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON RIVERA,

        Plaintiff,

against

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CIVIL ACTION NO.: 19 Civ. 1586 (ER) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

The Court is in receipt of Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (ECF No. 23). In the Motion, Plaintiff seeks leave to defer filing a memorandum of law in support for 60 days to allow the parties an opportunity to reach settlement of Plaintiff's request for fees.

Plaintiff's request for leave to defer is GRANTED. By **April 17, 2020**, Plaintiff shall file a memorandum of law in support of his application for EAJA attorney's fees. If settlement is not reached by that date, the Motion for Attorney's Fees shall be briefed in accordance with Judge Cave's Individual Practices.

Dated:     New York, New York
           February 18, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**