UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON RIVERA,

    Plaintiff,

against

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL ACTION NO.: 19 Civ. 1586 (ER) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Per the Court's Order at ECF No. 24, if settlement was not reached by March 17, 2020, the Motion for Attorney's Fees would be briefed in accordance with the undersigned's individual practices.

As no evidence of settlement has been submitted to the Court, the Defendant is hereby ORDERED to respond to the Motion for Attorneys Fees (ECF No. 23) by **April 3, 2020.**

Dated:    New York, New York
           March 20, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**